IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST BAPTIST CHURCH OF LILLIAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:21-00477-KD-MU |
| ) | |
| **CHURCH MUTUAL INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## **ORDER**

In accordance with the verdict of the jury, issued April 18, 2023, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of the First Baptist Church of Lillian and against Church Mutual Insurance Company in the amount of $169,598.78.

**DONE** and **ORDERED** this 19th day of April 2023.

>  /s/ Kristi K. DuBose
>  KRISTI K. DuBOSE
>  UNITED STATES DISTRICT JUDGE